IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

CADARAUS JONES,                                                                                     PLAINTIFF
ADC #553651

v.                                        2:21CV00116-JM-JTK

JEFF HEAGWOOD, et al.                                                                          DEFENDANTS

## MEMORANDUM AND ORDER

Cadaraus Jones ("Plaintiff") has not responded to the Court's September 7, 2021 Order directing him to pay the $402 filing fee or file a complete Motion to Proceed in forma pauperis within thirty days. (Doc. No. 3). The Court warned Plaintiff in the Order that failure to comply would result in the dismissal of his Complaint without prejudice.

Rule Local Rule 5.5(c)(2) of the Rules of the United States District Courts for the Eastern and Western Districts of Arkansas provides as follows:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case and to prosecute or defend the action diligently . . . . If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. . . .

Because Plaintiff failed to respond, his Complaint is DISMISSED without prejudice for failure to prosecute.

IT IS SO ORDERED this 1st day of November, 2021.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE